# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of August, two thousand and sixteen.

_____

United States of America,

        Appellee,

v.

Charles Palmer,

        Defendant - Appellant.
_____

**ORDER**

Docket No. 16-2377

      Georgia J. Hinde moves for an order relieving her as counsel and appointing new counsel to assist the Appellant with this appeal from the district court's denial of his *pro se* motion for the return of seized property.

      IT IS HEREBY ORDERED that Attorney Hinde's request to be relieved is GRANTED. The request for appointment of new CJA counsel will be determined in the ordinary course.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

